IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

RICHARD STERLING                                              PLAINTIFF

v.                         Case No. 05-2065

FRED'S STORES OF TENNESSEE                                    DEFENDANT

## JUDGMENT

For the reasons set forth in an order filed herewith, Defendant's Amended Motion for Summary Judgment (Doc. 21) is GRANTED, and Plaintiff's complaint is DISMISSED WITH PREJUDICE with each party to bear its own respective costs and fees.

**The parties have thirty (30) days from the date of entry of Judgment within which to appeal.**

IT IS SO ORDERED this 31st day of August, 2006.

/s/ Robert T. Dawson
Robert T. Dawson
United States District Judge